IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:                                ) | |
|                                       ) | Chapter 11 |
| FTX TRADING LTD., et al.,             ) | Bankruptcy Case No. 22-11068-JTD |
|                                       ) | Bankr. BAP No. 24-60 |
|                 Debtors.          ) | |
| KIHYUK NAM,                           ) | |
|            Appellant,              ) | |
| v.                                    ) | Civil Action 24-1175-CFC |
| FTX TRADING LTD.,                     ) | |
|            Appellee.               ) | |

## ORDER

At Wilmington this 2nd day of December 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **January 10,**

**2025.**

2. Appellee's brief in opposition to the appeal is due on or before **February 28, 2025**

3. Appellants' reply brief is due on or before **March 21, 2025.**

                                                                _____
                                                                               Chief Judge