# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: FTX TRADING LTD., *et al.* | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 22-11068 (KBO) |
| | : | (Bankr. D. Del.) |
| | : | |
| | : | |
| _____ | : | |
| | : | |
| KIHYUK NAM, *et al.*, | : | |
| | : | |
| Appellants | : | Civ. No. 24-1175 (TLA) |
| v. | : | Civ. No. 24-1176 (TLA) |
| | : | |
| FTX RECOVERY TRUST, | : | |
| | : | |
| | : | |
| Appellee. | : | |

_____

## **OPINION AND ORDER**

This case presents consolidated appeals of the Bankruptcy Court's Order Confirming Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates. DI 26404, Case No. 22-11068-KBO (Bankr. D. Del. Oct. 8, 2024).

This Court has jurisdiction over the final orders of a bankruptcy court. 28 U.S.C. § 158(a)(1). A bankruptcy court's factual findings are reviewed for clear error and its legal conclusions reviewed de novo. *In re Nortel Networks Inc.*, 737 F.3d 265, 270 n.1 (3d Cir. 2013).

After reviewing Appellants' arguments and for the reasons set forth in the opposing brief of Appellee (DI 43), this Court identifies no need to disturb the Bankruptcy Court's

findings of fact and conclusions of law. Additionally, for the reasons stated in the comprehensive, careful, and well-reasoned opinion of the Bankruptcy Court:

**IT IS ORDERED** that the order of the Bankruptcy Court is summarily **AFFIRMED.**

All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is directed to close this case and any consolidated cases.

**Wilmington, Delaware, this 22nd day of August, 2025.**

/s/ Thomas L. Ambro
**United States Circuit Judge**
